**1124**

**COM.**

v.

**SWIRSDING, J.**

**2375 EDA 2016**

Superior Court of Pennsylvania.

08/30/2017

CP–23–CR–0007084–2015 (Delaware)

Affirmed

**COM.**

v.

**MIDDLETON, R.**

**1997 MDA 2016**

Superior Court of Pennsylvania.

08/30/2017

CP–22–CR–0000012–2014 (Dauphin)

Affirmed

**COM.**

v.

**PACI, P., Jr.**

**2089 MDA 2016**

Superior Court of Pennsylvania.

08/30/2017

CP–58–CR–0000304–2014 (Susquehanna)

Affirmed

**COM.**

v.

**KELLEY, D.**

**1510 WDA 2016**

Superior Court of Pennsylvania.

08/30/2017

CP–33–CR–0000300–2013 (Jefferson)

Affirmed